CHARLES K. MANOCK (State Bar No. 161633)
SHERRIE M. FLYNN (State Bar No. 240215)
BAKER, MANOCK & JENSEN, P.C.
5260 North Palm Avenue, Suite 421
Fresno, CA  93704
Telephone:  (559) 432-5400
Facsimile:  (559) 432-5620

Attorneys for Plaintiff
DAIRY AMERICA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., | Case No.: 07-CV-537 LJO SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, SOUTHERN MARINE & AVIATION UNDERWRITERS, INC.; DOES 1 through 50 | Judge:     Hon. Lawrence J. O'Neill |
| Defendants. | |

WHEREAS, on February 16, 2007, Plaintiff Dairy America, Inc. ("Dairy America") filed its Complaint for Breach of Contract in the Superior Court of California, County of Fresno, Central Division in the above-captioned matter;

WHEREAS, on April 6, 2007, Defendants New York Marine and General Insurance Company ("New York Marine") filed its Notice of Removal to this Court;

WHEREAS, on April 11, 2007, New York Marine filed its Certificate of Service of Notice to Adverse Party of Removal; and

WHEREAS, on April 11, 2007, New York Marine filed its Answer to Complaint.

///

///

---

1

STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1           Accordingly, as authorized by Federal Rules of Civil Procedure, Rule 15(a), and
2 Rule 83-143 of the Local Rules of the United States District Court for the Eastern District of
3 California, the parties, by and through their respective attorneys of record, hereby stipulate as
4 follows:
5         1.    Plaintiff may file a First Amended Complaint (attached hereto as Exhibit
6 "A") adding claims on behalf of Plaintiff against Arthur J. Gallagher & Co.
7         All parties who have appeared in this action have signed below, indicating their
8 agreement to this stipulation.
9 Dated: September 13, 2007

10                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

13                 By: /s/ Michael W. Bolechowski
                      Michael W. Bolechowski
                Attorneys for Defendants
14                 NEW YORK MARINE AND GENERAL INSURANCE
                COMPANY AND SOUTHERN MARINE & AVIATION
15                 UNDERWITERS

16 Dated: September 14, 2007   BAKER, MANOCK & JENSEN, P.C.

18                 By: : /s/ Charles K. Manock
                      Charles K. Manock
19                       Sherrie M. Flynn
                Attorneys for Plaintiff
20                 DAIRY AMERICA

21 PURSAUNT TO THE STIPULATION, IT IS SO ORDERED, plaintiff shall file the First
Amended Complaint within 5 days of service of this order.
22
Dated: **September 18, 2007**
23
                By**: /s/ Sandra M. Snyder**
24                       Hon. Sandra M. Snyder
25                       U.S. Magistrate Judge

28 567033.1; 11520.0010

2
STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT