Charles K. Manock #016932
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for  Plaintiff DAIRY AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK MARINE AND GENERAL INSURANCE COMPANY; CRUMP INSURANCE SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS, INC.; ARTHUR J. GALLAGHER & CO.; and DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No.: 1:07-cv-00537-LJO-SMS <br><br> STIPULATION AND **ORDER** GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT <br><br> JUDGE: Hon. Sandra M. Snyder <br> ACTION FILED: February 16, 2007 <br> TRIAL DATE: April 13, 2009 |

WHEREAS, on September 28, 2007, Plaintiff DAIRY AMERICA, INC., ("Dairy America") filed and served its First Amended Complaint in this matter;

WHEREAS, on October 22, 2007, Defendants NEW YORK MARINE AND GENERAL INSURANCE COMPANY AND CRUMP INSURANCE SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS filed its Answer to Plaintiff Dairy America's First Amended Complaint;

WHEREAS, on November 8, 2007, Defendant ARTHUR J. GALLAGHER & CO. filed its Answer to Plaintiff Dairy America's First Amended Complaint;

WHEREAS, Plaintiff desires to file a Second Amended Complaint For Breach of

Contract, Negligence, and Negligent Misrepresentation, restating the allegations of the First Amended Complaint and adding a cause of action against THE HARTFORD CASUALTY INSURANCE COMPANY ("Hartford") for breach of contract;

WHEREAS, parties are informed and believe that Plaintiff's Second Amended Complaint complies with FRCP, Rule 20(a) because (1) the relief asserted by Plaintiff against all Defendants arises out of the same transaction or occurrence; and (2) there are questions of both law and fact common to all parties; and

WHEREAS, venue is still proper pursuant to 28 U.S.C. § 1332 based upon diversity of citizenship with the addition of Hartford because parties are informed and believe that Hartford is a citizen of New Jersey and Connecticut.

Accordingly, as authorized by Federal Rules of Civil Procedure, Rule 15(a), and Rule 83-143 of the Local Rules of the United States District Court for the Eastern District of California, the parties, by and through their respective attorneys of record, hereby STIPULATED AND AGREED that:

1.   Plaintiff may file a Second Amended Complaint (attached hereto as Exhibit "A") restating the allegations of the First Amended Complaint and adding a cause of action against Hartford for breach of contract.

All parties who have appeared in this action have signed below, indicating their agreement to this stipulation.

DATED: May 8, 2008

BAKER MANOCK & JENSEN, PC


By:   /s/ Sherrie M. Flynn
Charles K. Manock
Sherrie M. Flynn
Attorneys for Plaintiff
DAIRY AMERICA, INC.

///

///

///

DATED: May 6, 2008

               WILSON, ELSER, MOSKOWITZ,
               EDELMAN& DICKER

By: __/s/ Michael Bolechowski__
Michael Bolechowski
Attorneys for Defendants
NEW YORK MARINE AND GENERAL INSURANCE COMPANY and
SOUTHERN MARINE & AVIATION UNDERWRITERS, INC.

DATED: May 8, 2008

               SNYDER LAW, A PROFESSIONAL CORPORATION

By: __/s/ Barry C. Snyder__
Barry Clifford Snyder
Ashley Ann Doris
Attorneys for Defendant
ARTHUR J. GALLAGHER & CO.

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED,** Plaintiff shall file the Second Amended Complaint within 5 days of service of this order.

IT IS SO ORDERED.

**Dated:   May 13, 2008**          __/s/ Sandra M. Snyder__
                                        UNITED STATES MAGISTRATE JUDGE