IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., | CASE NO. CV F 07-0537 LJO SMS |
| Plaintiff, | **ORDER TO VACATE SECOND ORDER TO RESET DATES** (Doc. 43.) |
| vs. | |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et. al, | |
| Defendants. | |

This Court inadvertently signed two orders to reset discovery, motion and trial dates. The operative order is the Amended Scheduling Conference Order (Doc. 42). As such this Court VACATES the proposed order submitted by the parties (Doc. 43).

IT IS SO ORDERED.

**Dated:   August 5, 2008**          /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE