Sherrie M. Flynn              #240215

**BAKER, MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Plaintiff DAIRY AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., | Case No.: 1:07-cv-00537-LJO-SMS |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE DATES** |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY; CRUMP INSURANCE SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS; ARTHUR J. GALLAGHER & CO.; and HARTFORD CASUALTY INSURANCE COMPANY; and DOES 1 through 75 | JUDGE: Hon.Lawrence J. O'Neill ACTION FILED: February 16, 2007 TRIAL DATE: August 10, 2009 |
| Defendants. | |

WHEREAS, on October 31, 2007, the Court entered a Scheduling Conference

Order (Document No. 31) setting forth the following deadlines in this matter:

| | |
|---|---|
| Expert Disclosure Deadline: | September 28, 2008 |
| Supplemental Expert Disclosure Deadline: | October 28, 2008 |
| Non-expert Discovery Cutoff: | August 29, 2008 |
| Expert Discovery Cutoff: | December 23, 2009 |
| Pre-Trial Motion Filing Deadline: | January 9, 2009 |
| Pre-Trial Motion Hearing Deadline: | February 13, 2009 |
| Settlement Conference: | February 21, 2008,1:00 p.m., Dept. 7 |

| | |
|---|---|
| Pre-Trial Conference Date: | March 3, 2009, 8:30 a.m., Dept. 4 |
| Jury Trial (5 days est.): | April 13, 2009, 9 a.m., Dept. 4 |

WHEREAS, on February 12, 2008, pursuant to the parties' agreement, the Settlement Conference was continued from February 21, 2008, to July 21, 2008, at 10:00 a.m. in Courtroom 7;

WHEREAS, on May 14, 2008, Plaintiff DAIRY AMERICA, INC. ("Dairy America") filed its Second Amended Complaint (Document No. 36) adding HARTFORD CASUALTY INSURANCE COMPANY ("Hartford") as a defendant in the action.

WHEREAS, on June 20, 2008, Hartford was served with the Summons and Second Amended Complaint;

WHEREAS, on July 1, 2008, pursuant to the parties' agreement, the Settlement Conference was continued from July 21, 2008, to October 21, 2008, at 10:00 a.m. in Courtroom 7;

WHEREAS, on July 10, 2008, Hartford filed its Answer to Second Amended Complaint (Document 40);

WHEREAS, on July 31, 2008, Plaintiff and Defendants filed a Stipulation and Proposed Order to Continue Scheduling Conference Dates for approximately a four-month period;

WHEREAS, on August 4, 2008, the Court entered an Amended Scheduling Conference Order (Document No. 42) continuing the previous scheduling conference dates in this matter as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | January 26, 2009 |
| Supplemental Expert Disclosure Deadline: | February 25, 2009 |
| Non-expert Discovery Cutoff: | December 29, 2008 |
| Expert Discovery Cutoff: | April 22, 2009 |
| Pre-Trial Motion Filing Deadline: | May 11, 2009 |
| Pre-Trial Motion Hearing Deadline: | June 15, 2009 |
| Settlement Conference: | February 18, 2009,10:00 a.m., Dept. 7 |
| Pre-Trial Conference Date: | July 1, 2009, 8:30 a.m., Dept. 4 |
| Jury Trial (5 days est.): | August 10, 2009, 8:30 a.m., Dept. 4 |

2

1    WHEREAS, Plaintiff and Defendants have proceeded with non-expert discovery

2  and have taken the depositions of certain party-deponents, and desire to do additional non-expert

3  discovery including taking depositions of additional party-deponents as well as non-party

4  deponents, some of which are located in Texas, North Carolina, Mississippi, and New York;

5    WHEREAS, Plaintiff and Defendants are unable to schedule such depositions prior

6  to the non-expert discovery cut-off date because of the varying locations of the deponents,

7  conflicting schedules of the deponents and their counsel, and the Thanksgiving and Christmas

8  holidays;

9    WHEREAS, Plaintiff and Defendants wish to continue the Scheduling Conference

10  Dates to allow for additional non-expert discovery, disclosure of experts, expert discovery, pre-trial

11  motions, pretrial conference, and trial because of the joinder of Hartford as a party to the action,

12  and difficulty in arranging for necessary depositions;

13    Accordingly, pursuant to the Local Rules of the United States District Court for the

14  Eastern District of California, Rules 6-144 and 83-143, Plaintiff and Defendants, by and through

15  their respective attorneys of record, STIPULATE AND AGREE that

16    1.    Subject to the Court's approval, the Scheduling Conference Dates in this

17  matter be continued for approximately three months as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | April 27, 2009 |
| Supplemental Expert Disclosure Deadline: | May 25, 2009 |
| Non-expert Discovery Cutoff: | March 27, 2009 |
| Expert Discovery Cutoff: | July 22, 2009 |
| Pre-Trial Motion Filing Deadline: | August 11, 2009 |
| Pre-Trial Motion Hearing Deadline: | September 14, 2009 |
| Settlement Conference: | May 20, 2009,10:00 a.m., Dept. 7 |
| Pre-Trial Conference Date: | October 7, 2009, 8:30 a.m., Dept. 4 |
| Jury Trial (8 days est.): | November 16, 2009, 9 a.m., Dept. 4 |

27    All parties that have appeared in this action, have signed below, indicating their

28  agreement to this stipulation.

3

1    DATED: November 21, 2008                    BAKER MANOCK & JENSEN, PC

2

3                                               By: /s/ Charles K. Manock
                                                Charles K. Manock
4                                               Sherrie M. Flynn
                                                Attorneys for Plaintiff
5                                               DAIRY AMERICA, INC.

6

7    DATED: November 21, 2008                    WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN& DICKER
8

9                                               By: /s/ Michael Bolechowski
10                                              Michael Bolechowski
                                                Attorneys for Defendants
11                                              NEW YORK MARINE AND GENERAL
                                                INSURANCE COMPANY and
12                                              SOUTHERN MARINE & AVIATION
                                                UNDERWRITERS, INC.
13

14   DATED: November 21, 2008                    SNYDER LAW, A PROFESSIONAL
                                                CORPORATION
15

16                                              By: /s/ Barry Clifford Snyder
17                                              Barry Clifford Snyder
                                                Ashley Ann Doris
18                                              Attorneys for Defendant
                                                ARTHUR J. GALLAGHER & CO.
19

20   DATED: November 21, 2008                    CANNON & NELMS

21

22                                              By:  /s/ Robert W. Nelms
                                                Robert W. Nelms
23                                              Attorneys for Defendant
                                                HARTFORD CASUALTY INSURANCE
24                                              COMPANY

25   ///

26   ///

27   ///

28   ///

4

1

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

2

3

DATED:   11/24/2008

4

/s/ Sandra M. Snyder
5
Hon. Sandra M. Snyder
United States Magistrate Judge
6

7

8

9

10

11

12

13

14

G:\docs\HHerman\07cv0537.stipo.Dairy America.Dates 111808.wpd- 11520.0010
15

16

17

18

19

20

21

22

23

24

25

26

27

28

5