Charles K. Manock     #161633
Sherrie M. Flynn     #240215
**BAKER, MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Plaintiff DAIRYAMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRYAMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK MARINE AND GENERAL INSURANCE COMPANY; CRUMP INSURANCE SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS; ARTHUR J. GALLAGHER & CO.; and HARTFORD CASUALTY INSURANCE COMPANY; and DOES 1 through 75 <br><br> Defendants. | Case No.: 1:07-cv-00537-LJO-SMS <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINES AND EXPERT DISCOVERY CUTOFF SCHEDULING CONFERENCE DATES** <br><br> JUDGE: Hon. Sandra M. Snyder <br> ACTION FILED: February 16, 2007 <br> TRIAL DATE: November 16, 2009 |

WHEREAS, on December 2, 2008, the Court entered an amended Scheduling Conference Order (Document No. 47) setting forth the following deadlines, among others, in this matter:

| | |
|---|---|
| Expert Disclosure Deadline: | April 27, 2009 |
| Supplemental Expert Disclosure Deadline: | May 25, 2009 |
| Expert Discovery Cutoff: | July 22, 2009 |
| Pre-Trial Motion Filing Deadline: | August 11, 2009 |

| | |
|---|---|
| Pre-Trial Motion Hearing Deadline: | September 14, 2009 |
| Settlement Conference: | May 20, 2009, 10:00 a.m., Dept. 7 |
| Pre-Trial Conference Date: | October 7, 2009, 8:30 a.m., Dept. 4 |
| Jury Trial (5 days est.): | November 16, 2009, 9 a.m., Dept. 4 |

WHEREAS, on April 6, 2009, Plaintiff DAIRYAMERICA, INC. ("DairyAmerica") filed its Motion for Leave to File Third Amended Complaint ("Motion") (Document Nos. 57 through 60);

WHEREAS, the hearing on DairyAmerica's Motion is scheduled to be heard on May 8, 2009 at 9:30 a.m. in Courtroom 7.

WHEREAS, Plaintiff and Defendants wish to continue the Expert Disclosure Deadline, Supplemental Expert Disclosure Deadline, and Expert Discovery Cutoff dates to allow DairyAmerica's Motion to be heard and ruled upon in advance of the Expert Disclosure Deadline;

Accordingly, pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rules 6-144 and 83-143, Plaintiff and Defendants, by and through their respective attorneys of record, STIPULATE AND AGREE that:

1. Subject to the Court's approval, the Expert Disclosure Deadline, Supplemental Expert Disclosure Deadline, and Expert Discovery Cutoff Dates in this matter are continued as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | May 18, 2009 |
| Supplemental Expert Disclosure Deadline: | July 6, 2009 |
| Expert Discovery Cutoff: | July 31, 2009 |

2. DairyAmerica and Defendant HARTFORD CASUALTY INSURANCE COMPANY may disclose on July 6, 2009, additional experts, if any, required as a result of the Court's ruling on DairyAmerica's Motion.

All parties that have appeared in this action, have signed below, indicating their agreement to this stipulation.

///

///

2

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINES AND EXPERT DISCOVERY CUTOFF SCHEDULING CONFERENCE DATES**

| | | |
|---|---|---|
| 1 | DATED: April 20, 2009 | BAKER MANOCK & JENSEN, PC |
| 2 | | |
| 3 | | By: /s/ Sherrie M. Flynn<br>Charles K. Manock<br>Sherrie M. Flynn |
| 4 | | Attorneys for Plaintiff<br>DAIRYAMERICA, INC. |
| 5 | | |
| 6 | DATED: April 19, 2009 | WILSON, ELSER, MOSKOWITZ,<br>EDELMAN& DICKER |
| 7 | | |
| 8 | | By: /s/ Michael Bolechowski<br>Michael Bolechowski |
| 9 | | Attorneys for Defendants<br>NEW YORK MARINE AND GENERAL |
| 10 | | INSURANCE COMPANY and<br>SOUTHERN MARINE & AVIATION |
| 11 | | UNDERWRITERS, INC. |
| 12 | | |
| 13 | DATED: April 17, 2009 | SNYDER LAW, A PROFESSIONAL<br>CORPORATION |
| 14 | | |
| 15 | | By: /s/ Barry Clifford Snyder<br>Barry Clifford Snyder<br>Ashley Ann Doris |
| 16 | | Attorneys for Defendant<br>ARTHUR J. GALLAGHER & CO. |
| 17 | | |
| 18 | DATED: April 17, 2009 | CANNON & NELMS |
| 19 | | |
| 20 | | By: /s/ Robert W. Nelms<br>Robert W. Nelms |
| 21 | | Attorneys for Defendant<br>HARTFORD CASUALTY INSURANCE |
| 22 | | COMPANY |

**PURSUANT TO THIS STIPULATION**

IT IS SO ORDERED.

**Dated: April 27, 2009**         /s/ Sandra M. Snyder
                         UNITED STATES MAGISTRATE JUDGE

3

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINES
AND EXPERT DISCOVERY CUTOFF SCHEDULING CONFERENCE DATES**