Charles K. Manock #40661
Sherrie M. Flynn          #240215

1    **BAKER, MANOCK & JENSEN, PC**
     FIG GARDEN FINANCIAL CENTER
2    5260 NORTH PALM AVENUE, FOURTH FLOOR
     FRESNO, CALIFORNIA 93704-2209
     TELEPHONE (559) 432-5400
3    TELECOPIER (559) 432-5620

4
                     Plaintiff DAIRYAMERICA, INC.
5    Attorneys for

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11   DAIRYAMERICA, INC.,              )    Case No.: 1:07-cv-00537-LJO-SMS
                                      )
12                    Plaintiff,      )
                                      )    **JOINT STIPULATION AND ORDER**
13        v.                          )    **TO CONTINUE SCHEDULING**
                                      )    **CONFERENCE DATES**
14   NEW YORK MARINE AND GENERAL      )
     INSURANCE COMPANY; CRUMP         )
15   INSURANCE SERVICES d.b.a. SOUTHERN )
     MARINE & AVIATION UNDERWRITERS;  )
16   ARTHUR J. GALLAGHER & CO.; and   )    ACTION FILED:  February 16, 2007
     HARTFORD CASUALTY INSURANCE      )    TRIAL DATE:       November 16, 2009
17   COMPANY; and DOES 1 through 75   )
                                      )
18                    Defendants.     )
                                      )
19   _____

20           WHEREAS, on December 2, 2008, the Court entered a Joint Stipulation and Order

21   to Continue Scheduling Conference Dates (Document 47) setting the following dates in this action:

22           Non-Expert Discovery Cutoff:                    March 27, 2009

23           Expert Disclosure Deadline:                     April 27, 2009

24           Supplemental Expert Disclosure Deadline:        May 25, 2009

25           Expert Discovery Cutoff:                        July 22, 2009

26           Pre-Trial Motion Filing Deadline:               August 11, 2009

27           Pre-Trial Motion Hearing Deadline:              September 14, 2009

28           Settlement Conference:                          May 20, 2009,10:00 a.m., Dept. 7

_____

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SCHEDULING CONFERENCE DATES**

1             Pre-Trial Conference Date:            October 7, 2009, 8:30 a.m., Dept. 4

2             Jury Trial (5 days est.):             November 16, 2009, 9:00 a.m., Dept. 4

3             WHEREAS, on April 6, 2009, Plaintiff DAIRYAMERICA, INC. ("DairyAmerica")

4 filed a Motion for Leave to File Third Amended Complaint (Documents 57-60) ("Motion to

5 Amend") requesting the Court grant DairyAmerica leave to amend to add a bad faith cause of

6 action against Defendant HARTFORD CASUALTY INSURANCE COMPANY ("Hartford");

7             WHEREAS, on April 20, 2009, the parties, wishing to continue certain Scheduling

8 Conference dates to allow DairyAmerica's Motion to Amend to be heard and ruled upon in

9 advance of the Expert Disclosure Deadline, filed a Joint Stipulation and Proposed Order to

10 Continue Expert Disclosure Deadlines and Expert Discovery Cutoff Dates (Document 63);

11             WHEREAS, on April 27, 2009, the Court entered a Joint Stipulation and Order

12 (Document 70) continuing the Expert Disclosure Deadline to May 18, 2009, Supplemental Expert

13 Disclosure Deadline to July 6, 2009, and the Expert Discovery Cutoff to July 31, 2009;

14             WHEREAS, on May 7, 2009, the Court entered an Order Vacating Hearing on

15 Motion for Leave to File Third Amended Complaint and Deeming Motion Submitted for Decision,

16 Order Granting Plaintiff's Motion for Leave to File Third Amended Complaint, Order Directing

17 the Parties to Proceed and Serve and Respond to The Third Amended Complaint, Order to the

18 Parties Concerning Scheduling, and Order Setting a Telephonic Status Conference ("Order")

19 (Document 73);

20             WHEREAS, the Order directed Plaintiff to file its Third Amended Complaint,

21 directed the parties to proceed diligently with service of, and responses to the Third Amended

22 Complaint, and directed the parties to meet and confer and prepare and file an amended joint

23 scheduling conference statement proposing new scheduling conference dates in preparation for a

24 Telephonic Status Conference set for June 2, 2009;

25             WHEREAS, on May 13, 2009, the Court entered a Minute Order vacating the May

26 20, 2009, Settlement Conference, stating that the Settlement Conference date could be re-addressed

27 in the Telephonic Status Conference set for June 2, 2009;

28 ///

1    WHEREAS, on May 13, 2009, Defendants NEW YORK MARINE AND

2    GENERAL INSURANCE COMPANY ("New York Marine") and CRUMP INSURANCE

3    SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS ("Southern Marine")

4    filed a Motion for Summary Judgment (Documents 77-80, 82-83);

5    WHEREAS,  on May 22, 2009, the parties, in compliance with the Court's Order,

6    filed an Amended Joint Scheduling Conference Statement (Document 85);

7    WHEREAS, on May 29, 2009, the Court, in light of New York Marine and

8    Southern Marine's pending Motion for Summary Judgment, entered a Minute Order continuing the

9    Telephonic Status Conference from June 2, 2009 to August 10, 2009 (Document 88 - Text Order

10   Entry);

11   WHEREAS, on June 11, 2009, the Court entered its Summary Judgment Decision,

12   granting New York Marine's and Southern Marine's Motion for Summary Judgment (Document

13   101), and entered Judgment in favor of New York Marine and Southern Marine (Document 102);

14   WHEREAS, on June 12, 2009, the Court terminated parties New York Marine and

15   Southern Marine;

16   WHEREAS, on August 10, 2009, the remaining parties, DairyAmerica; and

17   Defendants ARTHUR J. GALLAGHER & CO. ("Gallagher") and Hartford attended the

18   Telephonic Status Conference with the Honorable Sandra M. Snyder and agreed that with the filing

19   of the Third Amended Complaint adding a bad faith cause of action against Hartford, the entire

20   scheduling of the case needed to be revised, and that DairyAmerica's counsel shall draft a

21   stipulation, including an explanation of the reasons for another amended scheduling;

22   WHEREAS, on August 10, 2009, the Court entered Minutes from the Telephonic

23   Status Conference (Document 111 - Text Only Entry); and

24   WHEREAS, the parties, due to the filing of the Third Amended Complaint, wish to

25   set revised Scheduling Conference Dates to permit DairyAmerica's bad faith claim against

26   Hartford to be fully investigated including, but not limited to, the reopening of non-expert

27   discovery to allow for additional written discovery and additional deposition of lay witnesses as to

28   DairyAmerica's bad faith claim;

3

1            Accordingly, pursuant to the Local Rules of the United States District Court for the

2 Eastern District of California, Rules 6-144 and 83-143, Plaintiff and Defendants, by and through

3 their respective attorneys of record, STIPULATE AND AGREE on the following continued

4 Scheduling Conference Dates:

5                 Non-Expert Discovery Cut-Off:          December 18, 2009

6                 Non-Dispositive Motion Filing Deadline:   December 23, 2009

7                 Non-Dispositive Hearing Deadline:      January 22, 2010

8                 Expert Disclosure Deadline:            January 15, 2010

9                 Supplemental Expert Disclosure Deadline:  February 19, 2010

10                 Expert Discovery Cutoff:              April 23, 2010

11                 **Settlement Conference**:             **May 10, 2010 at 10:00am**

12                 (was 5/20/09)                       before Judge Snyder

13                 Dispositive Motion Filing Deadline:     May 19, 2010

14                 Dispositive Motion Hearing Deadline:   June 25, 2010

15                 **Pre-Trial Conference Date**:         **July 15, 2010 at 8:30am**

16                 (was 10/7/09)                   before Judge O'Neill

17                 **Jury Trial Date**:                 **August 31, 2010 at 8:30am**

18                 (was 11/16/09)                 before Judge O'Neill

19             All parties that have appeared in this action, have signed below, indicating their

20 agreement to this stipulation.

21

22

23

24 DATED: August 14, 2009                   BAKER MANOCK & JENSEN, PC

25                                By:\_\_\_/s/\_\_\_Sherrie M. Flynn_____

26                                Charles K. Manock
                                 Sherrie M. Flynn

27                                Attorneys for Plaintiff
                               DAIRYAMERICA, INC.

28

4

1    DATED: August 14, 2009                          SNYDER LAW, A PROFESSIONAL
                                                     CORPORATION
2

3                                                    By:   /s/ Barry Snyder
                                                     Barry Clifford Snyder
4                                                    Ashley Ann Doris
                                                     Attorneys for Defendant
5                                                    ARTHUR J. GALLAGHER & CO.

6

7    DATED: August 14, 2009                          CANNON & NELMS

8

9                                                    By:   /s/  Robert W. Nelms
                                                     Robert W. Nelms
                                                     Attorneys for Defendant
10                                                   HARTFORD CASUALTY INSURANCE
                                                     COMPANY
11

12   **PURSUANT TO THIS STIPULATION**

13

14   IT IS SO ORDERED.

15   **Dated:    August 18, 2009**              _____/s/ Sandra M. Snyder_____
                                                UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SCHEDULING CONFERENCE DATES**