Charles K. Manock #061633
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Plaintiff DAIRYAMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRYAMERICA, INC., | Case No.: 1:07-cv-00537-LJO-SMS |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO ALLOW PLAINTIFF DAIRYAMERICA, INC. TO PROPOUND ADDITIONAL SPECIAL INTERROGATORIES** |
| v. | |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY; CRUMP INSURANCE SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS; ARTHUR J. GALLAGHER & CO.; and HARTFORD CASUALTY INSURANCE COMPANY; and DOES 1 through 75 | ACTION FILED: February 16, 2007<br>TRIAL DATE: August 30, 2010 |
| Defendants. | |

WHEREAS, the Court granted Plaintiff DAIRYAMERICA, INC. ("DairyAmerica") leave to file a Third Amended Complaint adding a cause of action for bad faith against Defendant HARTFORD CASUALTY INSURANCE COMPANY ("Hartford"), after Plaintiff had propounded a set of Special Interrogatories under Federal Rules of Civil Procedure, Rule 33; and

WHEREAS, the facts relating to DairyAmerica's claim of bad faith are numerous.

Accordingly, pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rule 83-143, Plaintiff and Defendant, by and through their respective attorneys of record, STIPULATE AND AGREE as follows:

///

1.      DairyAmerica can propound on Hartford a total of no more than 35 special interrogatories pursuant to Federal Rule of Civil Procedure, Rule 33, and Hartford agrees to respond to no more than 35 special interrogatories from DairyAmerica; and

2.      Hartford can propound on DairyAmerica a total of no more than 35 special interrogatories pursuant to Federal Rule of Civil Procedure, Rule 33, and Plaintiff DairyAmerica agrees to respond to no more than 35 special interrogatories from Hartford.

All parties that have appeared in this action and are affected by the stipulation, have signed below, indicating their agreement to this stipulation.

DATED: November 13, 2009                     BAKER MANOCK & JENSEN, PC


                                             By:    /s/   Sherrie M. Flynn
                                             Charles K. Manock
                                             Sherrie M. Flynn
                                             Attorneys for Plaintiff
                                             DAIRYAMERICA, INC.


DATED: November 13, 2009                     CANNON & NELMS


                                             By:    /s/   Robert W. Nelms
                                             Robert W. Nelms
                                             Attorneys for Defendant
                                             HARTFORD CASUALTY INSURANCE
                                             COMPANY

**PURSUANT TO THIS STIPULATION,**


IT IS SO ORDERED.

**Dated:    November 13, 2009**              _/s/ Sandra M. Snyder_
                                             UNITED STATES MAGISTRATE JUDGE

2