Charles K. Manock #061633
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Plaintiff DAIRYAMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRYAMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK MARINE AND GENERAL INSURANCE COMPANY; CRUMP INSURANCE SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS; ARTHUR J. GALLAGHER & CO.; and HARTFORD CASUALTY INSURANCE COMPANY; and DOES 1 through 75 <br><br> Defendants. | Case No.: 1:07-cv-00537-LJO-SMS <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE SCHEDULING CONFERENCE DATES** <br><br> ACTION FILED: February 16, 2007 <br> TRIAL DATE: August 30, 2010 |

WHEREAS, on August 20, 2009, the Court entered an amended Scheduling Conference Order (Document No. 113) setting forth the following deadlines, among others, in this matter:

| | |
|---|---|
| Expert Disclosure Deadline: | January 15, 2010 |
| Supplemental Expert Disclosure Deadline: | February 19, 2010 |
| Expert Discovery Cutoff: | April 23, 2010 |
| Settlement Conference: | May 10, 2010 |
| Dispositive Motion Filing Deadline: | May 19, 2010 |

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINES AND EXPERT DISCOVERY CUTOFF SCHEDULING CONFERENCE DATES**

| | | |
|---|---|---|
| Dispositive Motion Hearing Deadline: | | June 25, 2010 |
| Pre-Trial Conference Date: | | July 15, 2010 |
| Trial Date: | | August 31, 2010 |

WHEREAS, on August 25, 2009, this Court entered a Minute Order, advancing the date for trial to Monday, August 30, 2010 at 8:30 a.m. in Courtroom 4 before District Judge Lawrence J. O'Neill.

WHEREAS, Plaintiff and Defendants wish to continue the Expert Disclosure Deadline and Supplemental Expert Disclosure Deadline to allow further time for preparation of expert reports, but still allowing adequate time for expert discovery;

Accordingly, pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rules 6-144 and 83-143, Plaintiff and Defendants, by and through their respective attorneys of record, STIPULATE AND AGREE that:

1. Subject to the Court's approval, the Expert Disclosure Deadline and Supplemental Expert Disclosure Deadline in this matter are continued as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | February 15, 2010 |
| Supplemental Expert Disclosure Deadline: | March 15, 2010 |

All parties that have appeared in this action and are affected by this stipulation, have signed below, indicating their agreement to this stipulation.

DATED: January 7, 2010

                BAKER MANOCK & JENSEN, PC

                By: /s/ Sherrie M. Flynn
                Charles K. Manock
                Sherrie M. Flynn
                Attorneys for Plaintiff
                DAIRYAMERICA, INC.

///

///

///

///

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINES
AND EXPERT DISCOVERY CUTOFF SCHEDULING CONFERENCE DATES

DATED: January 7, 2010                SNYDER LAW, A PROFESSIONAL
                                      CORPORATION


                                      By:   /s/ Ashley Ann Doris
                                      Barry Clifford Snyder
                                      Ashley Ann Doris
                                      Attorneys for Defendant
                                      ARTHUR J. GALLAGHER & CO.


DATED: January 6, 2010                CANNON & NELMS


                                      By:   /s/ Robert W. Nelms
                                      Robert W. Nelms
                                      Attorneys for Defendant
                                      HARTFORD CASUALTY INSURANCE
                                      COMPANY


**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**


**Dated:     January 8, 2010**                  **/s/ Sandra M. Snyder**
                                      **UNITED STATES MAGISTRATE JUDGE**

C:\WINDOWS\Temp\notes101AA1\~3716824.WPD- 11520.0010

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINES
AND EXPERT DISCOVERY CUTOFF SCHEDULING CONFERENCE DATES**