Charles K. Manock     #161633

**BAKER, MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Plaintiff DAIRYAMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRYAMERICA, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY; CRUMP INSURANCE SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS; ARTHUR J. GALLAGHER & CO.; and HARTFORD CASUALTY INSURANCE COMPANY; and DOES 1 through 75<br><br>                Defendants. | Case No.: 1:07-cv-00537-LJO-SMS<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE SCHEDULING CONFERENCE DATES**<br><br>ACTION FILED: February 16, 2007<br>TRIAL DATE: August 30, 2010 |

WHEREAS, on August 20, 2009, the Court entered an amended Scheduling Conference Order (Document No. 113) setting forth the following deadlines, among others, in this matter:

| | |
|---|---|
| Expert Disclosure Deadline: | January 15, 2010 |
| Supplemental Expert Disclosure Deadline: | February 19, 2010 |
| Expert Discovery Cutoff: | April 23, 2010 |
| Settlement Conference: | May 10, 2010 |
| Dispositive Motion Filing Deadline: | May 19, 2010 |

| | | |
|---|---|---|
| Dispositive Motion Hearing Deadline: | | June 25, 2010 |
| Pre-Trial Conference Date: | | July 15, 2010 |
| Trial Date: | | August 31, 2010 |

WHEREAS, on August 25, 2009, this Court entered a Minute Order, advancing the date for trial to Monday, August 30, 2010 at 8:30 a.m. in Courtroom 4 before District Judge Lawrence J. O'Neill.

WHEREAS, on January 7, 2010, the Court granted the parties stipulation to extend the deadline for expert witness disclosure to February15, 2010 and the Supplemental Expert Witness Disclosure Deadline to March 15, 2010.

WHEREAS, Plaintiff and Defendants wish to continue the Expert Disclosure Deadline and Supplemental Expert Disclosure Deadline for one (1) week due to a death in the family of Plaintiff's counsel to allow Plaintiff's counsel time to review the disclosure before it's submission and still allowing adequate time for expert discovery.
 just days before the expert witness disclosure deadline still allowing adequate time for expert discovery;

Accordingly, pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rules 6-144 and 83-143, Plaintiff and Defendants, by and through their respective attorneys of record, STIPULATE AND AGREE that:

1. Subject to the Court's approval, the Expert Disclosure Deadline and Supplemental Expert Disclosure Deadline in this matter are continued as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | February 23, 2010 |
| Supplemental Expert Disclosure Deadline: | March 23, 2010 |

///
///
///
///
///
///

All parties that have appeared in this action and are affected by this stipulation, have signed below, indicating their agreement to this stipulation.

DATED: February 12, 2010

BAKER MANOCK & JENSEN, PC

By: /s/ Charles K. Manock
Charles K. Manock
Attorneys for Plaintiff
DAIRYAMERICA, INC.

DATED: February 12, 2010

SNYDER LAW, A PROFESSIONAL CORPORATION

By: /s/ Barry Clifford Snyder
Barry Clifford Snyder
Ashley Ann Doris
Attorneys for Defendant
ARTHUR J. GALLAGHER & CO.

DATED: February 12, 2010

CANNON & NELMS

By: /s/ Stephan O'Grady
Robert W. Nelms
Stephan O'Grady
Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated: February 16, 2010** /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE