# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., | CASE NO. CV F 07-0537 LJO SMS |
| Plaintiff, | **ORDER FOR BRIEFING HARTFORD'S SUMMARY ADJUDICATION MOTION** (Doc. 177.) |
| vs. | |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et. al, | |
| Defendants. | |

Defendant Hartford Casualty Insurance Co. ("Hartford") filed papers to seek summary adjudication on plaintiff Dairy America, Inc.'s ("Dairy America") punitive damages claim. As such, this Court:

1. ORDERS Dairy America, no later than June 9, 2010, to file opposition papers;
2. ORDERS Hartford, no later than June 16, 2010. to file reply papers; and
3. ORDERS the parties to comply with all rules and orders applicable to law and motion practice in this Court, including this Court's Standing Order (doc. 4, main doc., p. 5).

Pursuant to this Court's practice, this Court will decide Hartford's motion on the record without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:   May 20, 2010                    /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE