# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., | CASE NO. CV F 07-0537 LJO SMS |
| Plaintiff, | **ORDER ON ATTORNEY FEES CLAIM** |
| vs. | |
| HARTFORD CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

As discussed during the July 15, 2010 pretrial conference, this Court tentatively concludes that plaintiff Dairy America, Inc. ("Dairy America") waived its attorney fee claim with its failure to produce timely redacted attorney billing statements. Nonetheless, Dairy America may file and serve, no later than July 22, 2010, its brief on the issue. Hartford Casualty Insurance Company need not respond to Dairy America's brief, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   July 15, 2010**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1