UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., | CASE NO. CV F 07-0537 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| HARTFORD CASUALTY INSURANCE COMPANY, | |
| Defendant. / | |

The parties' counsel confirmed that settlement has been reached and that principal settlement terms have been reduced to writing at an August 11, 2010 mediation. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 9, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the August 13, 2010 in limine motion hearing and the August 30, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   August 11, 2010**            /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE