UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., | CASE NO. CV F 07-0537 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT**<br>(Doc. 254) |
| vs. | |
| NEW YORK MARINE AND<br>GENERAL INSURANCE<br>COMPANY, et al., | |
| Defendants.<br>_____/ | |

Plaintiff's counsel filed a notice of settlement. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than July 22, 2011, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

This Court VACATES all court dates and pending matters, including the October 24, 2011 pretrial conference and December 5, 2011 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:** June 24, 2011          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE