# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY AMERICA, INC., | CASE NO. CV F 07-0537 LJO SMS |
| Plaintiff, | **ORDER TO DENY EXTENSION TO DISMISS ACTION** |
| vs. | (Doc. 256.) |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et. al, | |
| Defendants. | |

In the absence of good cause, this Court DENIES an extension to file papers to dismiss this action. This Court's June 24, 2011 order remains in effect.

IT IS SO ORDERED.

**Dated:   July 19, 2011**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1