UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DAIRY AMERICA, INC., | CASE No. 07-CV-537 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| v. | Judge:   Hon. Hon. Lawrence J. O'Neill |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY; CRUMP INSURANCE SERVICES d.b.a. SOUTHERN MARINE & AVIATION UNDERWRITERS; ARTHUR J. GALLAGHER & CO.; and DOES 1 through 50, | |
| Defendants. | |

Based on the remaining parties' stipulation for dismissal under F.R.Civ. P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action;

    2.    VACATES all pending matters; and,

/ / /

/ / /

979871v1 / 11520.0010

ORDER TO DISMISS AND CLOSE ACTION

1        3.      DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **July 26, 2011**                                **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE